Opinion by HARALSON, J.

---

# Randall *et al.* v. Moss *et al.*

APPEAL from Circuit Court of Shelby.
Tried before the Hon. JOHN PELHAM.

W. S. CARY, for appellants.

No counsel marked as appearing for appellees.

This action was brought by the appellants against the appellees, to recover damages for the alleged breach of an injunction bond.

From a judgment in favor of the defendant the plaintiff prosecutes the present appeal. The judgment of the trial court is affirmed on the authority of *Ex parte Gist*, 119 Ala. 463.